IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MORRIS ALBRITTON,

    Plaintiff,

v.                                        Civil Action No. 3:12CV310

KENNETH W. STOLLE, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on May 15, 2012, the Court conditionally docketed Morris Albritton's 42 U.S.C. § 1983 complaint. The May 15, 2012 Memorandum Order informed Albritton that he must inform the Court if he moves or relocates. By Memorandum Order entered on September 17, 2012, the Court ordered Albritton to particularize his complaint within fourteen (14) days from the entry thereof. On October 3, 2012, the United States Postal Service returned the September 17, 2012 Memorandum Order to the Court marked, "RETURN TO SENDER," "NOT DELIVERABLE AS ADDRESSED," and "UNABLE TO FORWARD." Since that date, Albritton has not contacted the Court to provide a current address. Albritton's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Albritton.

                                                      /s/    REP

Date: December 12, 2012   Robert E. Payne
Richmond, Virginia       Senior United States District Judge